

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2014

No. 04-14-00679-CR

Benjamin Alley **MOORE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4943
Honorable Maria Teresa Herr, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on November 26, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2014.

_____
Keith E. Hottle, Clerk